

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 2:26-cr-45 |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(a) and (e) |
| | ) | 18 U.S.C. § 2252A(a)(2) and (b)(1) |
| JOSHUA CADEN LOYD | ) | 18 U.S.C. § 2423(b) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
### (Production of Child Pornography)

On or about January 18, 2026, in the Northern District of Indiana and elsewhere, the defendant,

**JOSHUA CADEN LOYD**

did knowingly employ, use, persuade, induce, entice, and coerce a minor, to engage in sexually explicit conduct as defined by Title 18 United States Code Section 2256(2)(A), for the purpose of producing any visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce and in and affecting interstate commerce and where such visual depictions were produced and transmitted using materials that had

1

been mailed, shipped, or transported in and affecting interstate and foreign commerce by any means, including by computer, and attempted to do so.

In violation of Title 18, United States Code, Section 2251(a) and (e).

## COUNT TWO
### (Receipt of Child Pornography)

On or about January 19, 2026, in the Northern District of Indiana and elsewhere, the defendant,

## JOSHUA CADEN LOYD

did knowingly receive material that contained child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that has been shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer.

In violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

## COUNT THREE
### (Interstate Travel With Intent
### to Engage in Illicit Sexual Conduct with a Minor)

On or about February 13, 2026, in the Northern District of Indiana and elsewhere, the defendant,

### JOSHUA CADEN LOYD

did knowingly travel and attempt to travel in interstate commerce for the purpose of engaging in any illicit sexual conduct, as defined in Title 18, United States Code, Sections 2423(g)(1) and 2246, to wit, LOYD, who was at least 18 years old, travelled from Indiana to Ohio by automobile for the purpose of engaging in a sexual act with Minor Victim 1, who had not yet attained the age of fourteen, which would be a violation of Title 18, United States Code, Section 2243(a), if the sexual act occurred in the special maritime and territorial jurisdiction of the United States.

In violation of Title 18, United States Code, Section 2423(b).

## FORFEITURE ALLEGATIONS

1.      The allegations in this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America pursuant to the provisions of Title 18, United States Code, Sections 2253 and 2428.

2.      Upon conviction of an offense in violation of Title 18, United States Code, Section 2251(a) or 2252A(a)(2), as alleged in the Indictment, the defendant, **JOSHUA CADEN LOYD**, shall forfeit to the United States of America:

      a. Any visual depiction described in Title 18, United States Code, Sections 2251, 2251A, 2252, 2252A, 2252B, or 2260, and any matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Chapter 110;

      b. Any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from the offenses; and

      c. Any property, real or personal, used or intended to be used to commit or to promote the commission of the offenses.

3.      Upon conviction of an offense in violation of Title 18, United States Code, Section 2423(b), as alleged in the Indictment, the defendant, **JOSHUA CADEN LOYD**, shall forfeit to the United States of America:

5

a. Any property, real or personal, that was used or intended to be used to commit or to facilitate the commission of such violation; and

b. Any property, real or personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation.

A TRUE BILL:

/s/ Foreperson
FOREPERSON

ADAM L. MILDRED
UNITED STATES ATTORNEY

By:   /s/ Zachary D. Heater
Zachary D. Heater
Assistant United States Attorney